# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAELON HILL-JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-1277 |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN ORLANDO HARPER, | ) | |
| ALLEGHENY COUNTY, | ) | Magistrate Judge Lenihan |
| CHIEF DEPUTY WARDEN ZETWO, | ) | |
| SGT. TUCKER, OFFICER HANLEY, | ) | |
| CAPTAIN FRED YOUNG, | ) | |
| S.E.R.T. OFFICER LARDIN, | ) | |
| CAPTAIN DWIGHT EDWARDS, | ) | |
| CAPTAIN MICHAEL TERRY, | ) | ECF No. 202 |
| CAPTAIN MARK MAZINGO, | ) | |
| CAPTAIN IVAN MILICEVIC, | ) | |
| CAPTAIN WISEMAN, and | ) | |
| S.E.R.T. OFFICER FALCONE, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT ORDER**

**AND NOW** this 13th day of December 2022, **JUDGMENT is HEREBY ENTERED** in favor of Defendants Warden Orlando Harper, Allegheny County, Chief Deputy Warden Zetwo, Sgt. Tucker, Officer Hanley, Captain Fred Young, S.E.R.T. Officer Lardin, Captain Dwight Edwards, Captain Michael Terry, Captain Mark Mazingo, Captain Ivan Milicevic, Captain Wiseman, and S.E.R.T. Officer Falcone and against Plaintiff Daelon Hill-Johnson.

BY THE COURT

_____
LISA PUPO LENIHAN
United States Magistrate Judge

cc: Daelon Hill-Johnson
180163
Allegheny County jail
950 Second Avenue
Pittsburgh, PA  15219
(Last address of record)